UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

AMY M. GRACI,

                                    Plaintiff,

                                                                        ORDER
            v.                                                          05-CV-231A

INDEPENDENT HEALTH ASSOCIATION, INC.,

                                    Defendant.

_____

        The above-referenced case was referred to Magistrate Judge H. Kenneth

Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B).  On September 16, 2005,

Magistrate Judge Schroeder filed a Report and Recommendation, recommending that

the motion to amend the complaint be denied as futile.

        The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons

set forth in Magistrate Judge Schroeder's Report and Recommendation, plaintiff's

motion to amend the complaint is denied as futile.

        The case is referred back to Magistrate Judge Schroeder for further

proceedings.

IT IS SO ORDERED.

/s/ Richard J. Arcara

HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: October 12      , 2005