UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

AMY M. GRACI,

                            Plaintiff,

                                                                    ORDER
   v.                                                                 05-CV-231A

INDEPENDENT HEALTH ASSOCIATION, INC.,

                            Defendant.

---

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On July 30, 2007, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendant's motion for summary judgment be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant's motion for summary judgment is denied.

        The case is referred back to Magistrate Judge McCarthy for further proceedings.

SO ORDERED.

              s/ *Richard J. Arcara*
              HONORABLE RICHARD J. ARCARA
              CHIEF JUDGE
              UNITED STATES DISTRICT COURT

DATED: August 20, 2007